**Opinion issued May 2, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

## NO. 01-19-00090-CV

————————————

**THIEN NGUYEN, D.O., Appellant**

**V.**

**LARRY GARZA, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-75804**

---

## MEMORANDUM OPINION

Appellant, Thien Nguyen, D.O., has filed a petition for a permissive appeal, seeking to challenge an interlocutory order denying his motion for summary judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d), (f); TEX. R. APP. P. 28.3. We deny the petition.

To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) "an immediate appeal from the order may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3; TEX. R. CIV. P. 168; *see also Orion Marine Constr., Inc. v. Cepeda*, No. 01-18-00323-CV, 2018 WL 3059756, at *1 (Tex. App.—Houston [1st Dist.] June 21, 2018, no pet.) (mem. op.) ("Because a permissive interlocutory appeal is not the norm, we strictly construe Section 51.014(d)'s requirements."). Because we conclude that Nguyen's petition fails to establish each requirement, we deny the petition.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.